

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 C 2997 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| The State of Illinois | ) | |

### ORDER

Ruling on motion hearing held. Joint motion requesting expedited entry of consent decree is granted [3]. Enter order. Civil case closed.

(T:) 00:05

Date: 4/14/15                                /s/ Judge John W. Darrah