IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 C 2997 |
| | ) | |
| THE STATE OF ILLINOIS, et al., | ) | Judge Darrah |
| | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

The defendants, the State of Illinois, the Illinois State Board of Elections, and Steven Sandvoss, the Executive Director of the Illinois State Board of Elections, by their attorney, Lisa Madigan, Attorney General of Illinois, submit the following status report required by the consent decree.

Illinois will be having a special congressional election for its Eighteenth Congressional District. The special primary is scheduled for June 8, 2015 and the special general election is scheduled for July 24, 2015. These dates were set under the decree to allow sufficient time to comply with the timing requirements of the Uniformed and Overseas Citizen Absentee Voting Act (UOCAVA), 52 U.S.C. §§ 20301 et seq. The relevant section of the Illinois Election Code, 10 ILCS 5/25-7, did not allow sufficient time to permit compliance with federal law.

The Illinois General Assembly has now taken action to remedy this situation for future special congressional elections. On May 31, 2015, Senate Bill 1256, House Floor Amendment No. 1, was passed to amend Section 25-7 of the Election Code to harmonize it with the

requirements of the UOCAVA. The legislature has 30 days from date of passage to send the bill to the Governor, who has 60 days to take action on it. A summary of the amendment from the General Assembly website is attached.

                                       Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois                    s/Thomas A. Ioppolo
                                                   Assistant Attorney General
                                                   General Law Bureau
                                                 100 W. Randolph Street, 13th Floor
                                                 Chicago, Illinois 60601
                                                 (312) 814-7198