IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 15 C 2997 |
| THE STATE OF ILLINOIS, et al., | ) ) ) | Judge Darrah |
| Defendants. | ) | |

**CORRECTED STATUS REPORT**

The defendants, the State of Illinois, the Illinois State Board of Elections, and Steven Sandvoss, the Executive Director of the Illinois State Board of Elections, by their attorney, Lisa Madigan, Attorney General of Illinois, submit the following status report required by the consent decree.

The status report filed on June 3, 2015 reported the wrong election dates. The date of the special primary election is July 7, 2015. The date of the special general election is September 10, 2015.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

s/Thomas A. Ioppolo
Assistant Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7198